FILED
 2017 Jul-24 AM 09:03
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **JOHN SNODDERLY,** | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| v. | ) 7:17-CV-979-TMP |
| **JACOB LAW GROUP, PLLC, AND JACOB COLLECTON GROUP, LLC,** | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff John Snodderly ("Plaintiff"), by and through his undersigned counsel, hereby respectfully notifies the court that Plaintiff and Defendants Jacob Law Group, LLC and Jacob Collection Group, LLC (collectively referred to as the "Parties") have reached a settlement in the above-captioned matter. The Parties intend to file a Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) after the Parties consummate the settlement and within thirty (30) day of today's date.

Respectfully Submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins (ASB-8639-I48A)
**THE ADKINS FIRM, P.C**.
2 Perimeter Park South, Suite 405 E
Birmingham, Alabama 35243

                Telephone: (205) 206-6718
                Facsimile:  (205) 208-9632
                Email: MicahAdkins@ItsYourCreditReport.com
**Counsel for Plaintiff**

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2017, I mailed the foregoing paper by U.S. Mail postage pre-paid on the following:

JACOB COLLECTION GROUP, LLC
c/o Registered Agent
CORPORATION SERVICE COMPANY INC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

JACOB LAW GROUP, PLLC
c/o Registered Agent
CORPORATION SERVICE COMPANY INC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

                */s/ Micah S. Adkins*
                Micah S. Adkins