## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

|  |  |
|---|---|
| **JOHN SNODDERLY,** | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 7:17-CV-979-TMP |
| **JACOB LAW GROUP, PLLC**, *et al.,* | ) |
| Defendants. | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, John Snodderly, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby gives notice of voluntary dismissal, *with prejudice*, as to Defendants Jacob Collection Group, LLC and Jacob Law Group, PLLC, each party to bear their own costs and attorney's fees.

Respectfully Submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins (ASB-8639-I48A)
**THE ADKINS FIRM, P.C**.
2 Perimeter Park South, Suite 405 E
Birmingham, Alabama 35243
Telephone:  (205) 206-6718
Facsimile:   (205) 208-9632
Email: MicahAdkins@ItsYourCreditReport.com
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2017, I mailed the foregoing paper by U.S. Mail postage pre-paid on the following counsel of record:

JACOB COLLECTION GROUP, LLC
c/o Registered Agent
CORPORATION SERVICE COMPANY INC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

JACOB LAW GROUP, PLLC
c/o Registered Agent
CORPORATION SERVICE COMPANY INC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

*/s/ Micah S. Adkins*
Micah S. Adkins