IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JOHN SNODDERLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 7:17-cv-00979-TMP |
| ) | |
| JACOB LAW GROUP, PLLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER OF DISMISSAL**

On July 24, 2017, the plaintiff, John Snodderly, filed a Notice of Settlement indicating that a settlement had been reached between the parties.  (Doc. 9).  On September 20, 2017, the plaintiff filed a Notice of Voluntary Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (Doc. 12).  Although a court order is unnecessary to accomplish dismissal under the rules, the court DISMISSES, WITH PREJUDICE, plaintiff's claims against the defendants.  The parties are to bear their own costs, expenses, and attorney's fees.

The Clerk is DIRECTED to cancel the telephone conference set for Monday, September 25, 2017, at 10:30 am.

**DONE** and **ORDERED** on September 20, 2017.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE